HENRY CRISCONE, an Infant, by SECONDINO CRISCONE, His Guardian ad Litem, Respondent, *v.* FRANK MALATESTA et al., Appellants.

(Argued October 11, 1929; decided October 25, 1929.)

*John J. McManus* and *Joseph L. Delaney* for appellants.

*William E. Fitzsimmons* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs

in all courts, on the ground that there is no evidence of defendant's negligence or of the plaintiff's freedom from contributory negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: HUBBS, J.